O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA HAWKINS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMULARLY SITUATED,<br><br>           Plaintiff,<br><br>  v.<br><br>UGI CORPORATION; AMERIGAS PROPANE, INC.; AMERIGAS PROPANE, L.P.; AMERIGAS PARTNERS, L.P., doing business as AMERIGAS CYLINDER EXCHANGE; FERRELLGAS COMPANY, INC.; FERRELLGAS, L.P., doing business as BLUE RHINO LLC; FERRELLGAS, INC..; FERRELLGAS PARTNERS FINANCE CORP.; FERRELLGAS FINANCE CORP.,<br><br>           Defendants. | Case No. CV 14-08461 DDP (JCx)<br><br>**(DOCKET NUMBERS 14 & 15)**<br><br>ORDER |

      Plaintiff's largely unopposed Motion to Consolidate the Hawkins Action, No. 14-cv-8461-DDP (Jcx) and the Treibach Action, No. 14-cv-09398 DDP )JCx, is GRANTED, in part and DENIED in part. Plaintiffs shall file an Amended (Consolidated) Complaint in the Hawkins Action within ten days of the date of this Order. Upon

1 filing of the Amended (Consolidated) Complaint, the court shall
2 dismiss the Treibach Action. Defendants shall file responses to
3 the Amended (Consolidated) Complaint by May 11, 2015. If the
4 responses are in the form of motions, Plaintiffs' opposition shall
5 be filed by June 1, 2015. Any reply shall be filed by June 15,
6 2015. Defendants' Motions to Dismiss shall be noticed for hearing
7 on June 29, 2015 at 10:00 a.m. The pending motions (**DOCKET NUMBERS**
8 **22 and 23**)are VACATED.
9    Plaintiff's motion is denied insofar as it seeks to establish
10 a leadership structure at this stage. Upon filing of the
11 Consolidated Complaint, the parties may file a stipulation
12 regarding, or Plaintiff may seek relief from, Local Rule 23-3.
13 IT IS SO ORDERED.

16 Dated: April 22, 2015

                                    _____
                                    DEAN D. PREGERSON
                                    United States District Judge