1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA HAWKINS and TEMI TREIBATCH, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UGI CORPORATION, AMERIGAS PROPANE, INC., AMERIGAS PROPANE, L.P., AMERIGAS PARTNERS, L.P., dba AMERIGAS CYLINDER EXCHANGE, FERRELLGAS COMPANY, INC., FERRELLGAS, L.P., dba BLUE RHINO, FERRELLGAS PARTNERS, L.P., FERRELLGAS, INC., FERRELLGAS PARTNERS FINANCE CORP., FERRELLGAS FINANCE CORP.,<br><br>Defendants. | Case No. 2:14-cv-08461-DDP (JCx) Consolidated with 2:14-cv-09398-DDP (JCx))<br><br>**FINAL JUDGMENT** |

[PROPOSED] FINAL JUDGMENT

DB1/ 87566469.1

The Court hereby enters final judgment in favor of Defendants UGI CORPORATION, AMERIGAS PROPANE, INC., AMERIGAS PROPANE, L.P., AMERIGAS PARTNERS, L.P., dba AMERIGAS CYLINDER EXCHANGE, FERRELLGAS COMPANY, INC., FERRELLGAS, L.P., dba BLUE RHINO, FERRELLGAS PARTNERS, L.P., FERRELLGAS, INC., FERRELLGAS PARTNERS FINANCE CORP., and FERRELLGAS FINANCE CORP. (collectively, "Defendants") as follows:

1. Final judgment is entered in favor of Defendants and against Plaintiffs Linda Hawkins and Temi Treibatch (collectively, "Plaintiffs");

2. Plaintiffs shall take nothing as to Defendants by way of their Second Amended Complaint [Dkt. 55].

Dated: May 17, 2016

_____
Hon. Dean D. Pregerson
United States District Court Judge